UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,           )
                                    )   CASE NO. CR19-191-RSM
        Plaintiff,                  )
                                    )
    v.                              )
                                    )   DETENTION ORDER
KYLE STEVEN ERICKSON,               )
                                    )
        Defendant.                  )
_____)

Offense charged:    Felon in Possession of a Firearm; Possession of Methamphetamine with Intent to Distribute; Carrying a Firearm During and in Relation to a Drug Trafficking Crime; Forfeiture Allegation

Date of Detention Hearing:   October 11, 2019.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has a lengthy criminal record. He is currently on supervised release from this court, and has been detained pending an evidentiary hearing on allegations of violation of supervised release. Defendant was not interviewed by Pretrial Services and does not contest detention in this matter.

2. Defendant poses a risk of nonappearance based on lack of a release plan, a history of substance abuse, commission of new offenses on supervision, noncompliance with supervision, unknown mental health history, and pending supervised release violations. Defendant poses a risk of danger based on criminal history, a pattern of similar offenses, a history of substance abuse, committing new offenses on supervision, noncompliance with supervision, and the nature of the instant alleged offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 11th day of October, 2019.

Mary Alice Theiler
United States Magistrate Judge