THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYLE STEVEN ERICKSON,<br><br>Defendant. | No. CR 19-191-RSL<br><br>(~~PROPOSED~~) ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR PRETRIAL MOTIONS |

THE COURT having considered the unopposed motion of the defense, the records and files herein, and the motion for continuance of the pretrial motions date, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the requested extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court further finds that the ends of justice will be served by ordering an extension for the time in which to file pretrial motions.

///

///

///

(~~PROPOSED~~) ORDER TO EXTEND DEADLINE
FOR PRETRIAL MOTIONS
(*Kyle Erickson*; CR19-191RSL)   - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  IT IS THEREFORE ORDERED that the time within which pretrial motions must be filed
2  in this case is extended from January 27, 2020, to February 10, 2020.

4  DONE this  5th  day of ~~January~~ Feb., 2020.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Jennifer E. Wellman*
Assistant Federal Public Defender
Attorney for Kyle Erickson

~~(PROPOSED)~~ ORDER TO EXTEND DEADLINE
FOR PRETRIAL MOTIONS
(*Kyle Erickson*; CR19-191RSL)    - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100