The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-191-RSL |
| Plaintiff, | |
| v. | **PRELIMINARY ORDER OF FORFEITURE** |
| KYLE STEVEN ERICKSON, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Preliminary Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Kyle Steven Erickson's interest in the following property:

- A Glock 9mm semi-automatic handgun, bearing serial number XGG790.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Preliminary Order of Forfeiture is appropriate because:

- On October 9, 2019, Defendant was charged by Indictment with Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), Possession of Methamphetamine with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), and Carrying a Firearm During and in Relation to a

Preliminary Order of Forfeiture - 1
*United States v. Erickson,* CR19-191-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A). Dkt. No. 1. The Indictment included forfeiture allegations providing notice of the United States' intent to forfeit any proceeds of, facilitating property for, and/or property involved in the commission of such offenses – including, but not limited to, the Subject Firearm – pursuant to 21 U.S.C. § 853(a), and 18 U.S.C. § 924(d)(1) by way of 28 U.S.C. § 2461(c). *See id.* at 3–5.

- On February 13, 2020, Defendant entered a plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), Possession of Methamphetamine with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), and Carrying a Firearm During and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i). Dkt. No. 22;

- In his Plea Agreement, Defendant agreed to forfeit any proceeds of, facilitating property for, and/or property used in such offenses. Dkt. No. 22, ¶¶ 7, 16, 17; and,

- The above-identified firearm is forfeitable pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1) by way of 28 U.S.C. § 2461(c), as facilitating property for, and/or property used in, the offenses to which Defendant entered a guilty plea.

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1) by way of 28 U.S.C. § 2461(c) and his Plea Agreement, Defendant's interest in the above-identified property is fully and finally forfeited, in its entirety, to the United States;

2) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Preliminary Order will be final as to Defendant at the time he is sentenced, it will be made part of the sentence, and it will be included in the judgment;

Preliminary Order of Forfeiture - 2
*United States v. Erickson,* CR19-191-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3) The Department of Justice, the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and/or their authorized agents or representatives, shall maintain the above-identified property in their custody and control until further order of this Court;

4) Pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n), the United States shall publish notice of this Preliminary Order and its intent to dispose of the property as permitted by governing law. The notice shall be posted on an official government website – currently www.forfeiture.gov – for at least thirty (30) days. For any person known to have alleged an interest in the property, the United States shall, to the extent possible, provide direct written notice to that person. The notice shall state that any person, other than Defendant, who has or claims a legal interest in the property must file a petition with the Court within sixty (60) days of the first day of publication of the notice (which is thirty (30) days from the last day of publication), or within thirty (30) days of receipt of direct written notice, whichever is earlier.  The notice shall advise all interested persons that the petition:

    a.  shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property;

    b.  shall be signed by the petitioner under penalty of perjury; and,

    c.  shall set forth the nature and extent of the petitioner's right, title, or interest in the property, as well as any facts supporting the petitioner's claim and the specific relief sought.

5) If no third-party petition is filed within the allowable time period, the United States shall have clear title to the property, and this Preliminary Order shall become the Final Order of Forfeiture as provided by Fed. R. Crim. P. 32.2(c)(2);

6) If a third-party petition is filed, upon a showing that discovery is necessary to resolve factual issues it presents, discovery may be conducted in accordance with the Federal Rules of Civil Procedure before any hearing on the petition is held. Following adjudication of any third-party petitions, the Court will enter a Final Order of Forfeiture,

Preliminary Order of Forfeiture - 3
*United States v. Erickson,* CR19-191-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    pursuant to Fed. R. Crim. P. 32.2(c)(2) and 21 U.S.C. § 853(n), reflecting that

2    adjudication; and,

3          7)      The Court will retain jurisdiction for the purpose of enforcing this

4    Preliminary Order, adjudicating any third-party petitions, entering a Final Order of

5    Forfeiture, and amending the Preliminary Order or Final Order as necessary pursuant to

6    Fed. R. Crim. P. 32.2(e).

7

8          IT IS SO ORDERED.

9

10   DATED this __8th__ day of _____January_____ 2021.

11

12

13   THE HON. ROBERT S. LASNIK

14   UNITED STATES DISTRICT JUDGE

15

16

17

18   Presented by:

19

20   _s/Jehiel I. Baer_____

21   JEHIEL I. BAER
     Assistant United States Attorney

22   United States Attorney's Office

23   700 Stewart Street, Suite 5220
     Seattle, WA  98101

24   (206) 553-2242

25   Jehiel.Baer@usdoj.gov

26

27

28

Preliminary Order of Forfeiture - 4
*United States v. Erickson,* CR19-191-RSL