UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYLE STEVEN ERICKSON,<br><br>Defendant. | No. CR19-191-RSL<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. A Glock 9mm semi-automatic handgun, bearing serial number XGG790 ("Subject Firearm").

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On January 8, 2021, the Court entered a Preliminary Order of Forfeiture finding the Subject Firearm forfeitable pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1) (by way of 28 U.S.C. § 2461(c)) and forfeiting the Defendant's interest in it, Dkt. No. 35;

Final Order of Forfeiture - 1
*United States v. Erickson,* CR19-191-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), Dkt. No. 41, and provided direct notice to five potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A), *see* Declaration of AUSA Jehiel I. Baer in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exhibits A-E; and,
- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, and/or their representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this  30th  day of     April        , 2021.

*[signature: M S Lasnik]*

THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Erickson,* CR19-191-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:
2
3
4  *s/Jehiel I. Baer*
   JEHIEL I. BAER
5  Assistant United States Attorney
   United States Attorney's Office
6  700 Stewart Street, Suite 5220
7  Seattle, WA  98101
   (206) 553-2242
8  Jehiel.Baer@usdoj.gov
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Final Order of Forfeiture - 3
*United States v. Erickson,* CR19-191-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970